MANUEL FERNANDEZ, as Administrator of the Estate of RICHARD J. FERNANDEZ, Deceased, Respondent, *v.* WILLIAM H. MURRAY, Appellant.

*Fernandez* v. *Murray*, 175 App. Div. 934, affirmed.

(Argued March 21, 1918; decided April 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 15, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant in operating an automobile. Plaintiff alleged that the accident occurred at a crosswalk in a congested neighborhood while the deceased, a boy eight years of age, was going across at a slow trot; that the automobile came suddenly, at great speed, and without the blowing of a horn or other warning, from behind an ice wagon,

and that the driver of the automobile was negligent in not diminishing his speed and getting his automobile under control while approaching the crosswalk when his view of the sidewalk and crosswalk was obstructed by slowly moving vehicles on his right.

Walter L. Glenney and Bertrand L. Pettigrew for appellant.

Nicholas Selvaggi for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.